UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 14-00953 |
| | ) | |
| LEIPZIG LIVING TRUST, | ) | CHAPTER 11 |
| | ) | |
| DEBTOR. | ) | JUDGE RANDAL S MASHBURN |
| | ) | |
| | ) | |

## AFFIDAVIT OF KIRK LEIPZIG

| | |
|---|---|
| STATE OF TENNESSEE | ) |
| | ) ss. |
| COUNTY OF Williamson | ) |

Before me, the undersigned authority, personally appeared Kirk Leipzig, who being by me duly sworn, stated as follows:

1. My name is Kirk Leipzig, and I am of sound mind, lawful age, and capable of making this Affidavit. The statements set forth in this affidavit are true and correct and are based upon my own personal knowledge.

2. I am the trustee of the Leipzig Living Trust (the "Trust"), the Debtor in this Bankruptcy Case, and have been trustee at all times since the Trust's creation on April 15, 2008.

3. The Trust is the legal owner of the property located at 9569 Hampton Reserve Drive, Brentwood, Tennessee 37027 (the "Property").

4. There is no equity in this Property and the Trust does not oppose a foreclosure sale of the Property. I value the Property to be worth $1,300,000.00.

5. The Trust is aware of the involuntary petition filed in this case and has received a copy of the same.

6. The Trust, having no equity in the Property, nor any other assets or business operations, does not oppose the secured lender seeking relief from the automatic stay for the purposes of conducting a foreclosure sale of the Property.

1

**EXHIBIT J**

7. Further Affiant sayeth not.

By _____

Name: Kirk Leipzig

STATE OF TENNESSEE        )
                               ) ss.

COUNTY OF Williamson      )

On this 28th day of February, 2014, before the undersigned Notary Public in and for the state of Tennessee, personally appeared Kirk Leipzig, known to me to be the person who executed this Affidavit, and acknowledged to me that he/she executed the same for the purposes therein stated.

_____

Notary Public

My commission expires:

SHAWN S. MATHIS
STATE OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF WILLIAMSON
My Commission Expires October 2, 2017

2